## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. CROW–BURLINGAME COMPANY.
### No. 14440.

United States Court of Appeals
Eighth Circuit.

Oct. 3, 1951.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., Charles Oliphant, Chief Counsel, Bureau of Internal Revenue, and Claude R. Marshall, Sp. Atty., Bureau of Internal Revenue, Washington, D. C., for petitioner.

E. Charles Eichenbaum, Little Rock, Ark., for respondent.

PER CURIAM.

Petition for Review of Decision of The Tax Court of the United States entered March 15, 1951, dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties. 15 T.C. 738.

## In the Matter of REGENCY, Inc., Bankrupt

### Jean G. L. Cassel van Doorn and Marij V. Cassel van Doorn, general creditors, Appellants.
### No. 10504.

United States Court of Appeals
Third Circuit.

Argued Nov. 23, 1951.

Decided Dec. 5, 1951.

Bertram K. Wolfe, Philadelphia, Pa. (Eichmann & Seiden, Jersey City, N. J., on the brief), for appellants, Jean G. L. Cassel van Doorn and Marij V. Cassel van Doorn.

Paul T. Huckin, Englewood, N. J., for appellee.

Before BIGGS, Chief Judge, and McLAUGHLIN and HASTIE, Circuit Judges.

PER CURIAM.

We have examined the briefs and record in this case and have considered the arguments advanced by the appellants. We perceive no error of law and the findings of fact made by the referee find full support in the evidence. Consequently the judgment of the court below will be affirmed. 96 F.Supp. 535.